(94 South. 920)

ADAMS v. TAYLOR et al.    (4 Div. 953.) (Supreme Court of Alabama.   Nov. 2, 1922.) Appeal from Circuit Court, Covington County;  A. B. Foster, Judge.   E. O. Baldwin, of Andalusia, for appellant.   Powell, Albritton & Albritton, of Andalusia, for appellees.

SOMERVILLE, J.   The general affirmative charge was properly given for defendant, and the judgment is affirmed.   McCreary v. Jackson Co., 168 Ala. 208, 53 South. 103;  Chastang v. Chastang, 141 Ala. 451, 37 South. 799, 109 Am. St. Rep. 45.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(93 South. 921)

A. DINIACO & BROS. v. NELSON.    (6 Div. 473.)   (Supreme Court of Alabama.   May 11, 1922.)   Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.   Smith & Morrow, of Birmingham, for appellant. George P. Bondurant, of Birmingham, for appellee.

SOMERVILLE, J.   The appeal is from a judgment awarding compensation to an injured employé, under the Workmen's Compensation Act (Acts 1919, pp. 206–239).   We have heretofore held that such a judgment can be reviewed only by the common-law writ of certiorari, and only as to errors apparent upon the record.   Woodward Iron Co. v. Bradford, 90 South. 803[1]   Appellant has availed himself of that remedy in this cause concurrently with this appeal, and thereby obtained relief from the erroneous judgment below.   Ex parte A. Diniaco & Bros., 93 South. 388.[2]   Under the rule stated, this appeal will be dismissed at the cost of appellant.   Appeal dismissed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(94 South. 920)

Ex parte ALABAMA MACHINERY & SUPPLY CO.    (6 Div. 791.)   (Supreme Court of Alabama.   Dec. 7, 1922.)   Ball & Beckwith, of Montgomery, and W. Marvin Scott, of Culman, for petitioner.   Huey & Welch, of Bessemer, and James J. Mayfield, of Montgomery, for respondent.

PER CURIAM.   Petition of Alabama Machinery & Supply Company for writ of prohibition against Hon. J. C. B. Gwin, Judge of the Bessemer Division of the Jefferson Circuit Court, to restrain the respondent from hearing and acting upon a petition of the Coston-Riles Lumber Company to set aside a judgment by default entered by the said judge against said

Coston-Riles Lumber Company and in favor of Alabama Machinery & Supply Company.   Writ denied.

(94 South. 920)

ALABAMA STATE FAIR & EXHIBIT ASS'N v. CLOE, Commissioner, et al.    (6 Div. 768.)   (Supreme Court of Alabama.   Nov. 30, 1922.)   Appeal from Circuit Court, Jefferson County;  J. Q. Smith, Judge.

PER CURIAM.   Affirmed on certificate.

(93 South. 921)

ANDON et al. v. BARRETT et al.    (6 Div. 550.)   (Supreme Court of Alabama.   April 18, 1922.)   Appeal from Circuit Court, Jefferson County;  Hugh A. Locke, Judge.

PER CURIAM.   Appeal dismissed.

(93 South. 921)

ARITON BANKING CO. v. PRESTWOOD. (4 Div. 975.)   (Supreme Court of Alabama. June 6, 1922.)   Appeal from Circuit Court, Coffee County;  A. B. Foster, Judge.

PER CURIAM.   Appeal dismissed for want of prosecution.

(94 South. 920)

ATCHISON v. ELLIS et al.    (5 Div. 829.) (Supreme Court of Alabama.   Nov. 21, 1922.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge.   L. F. Gerald, of Clanton, for appellant.   Grady Reynolds, of Clanton, for appellees.

PER CURIAM.   Appeal dismissed by appellant.

(93 South. 921)

Ex parte A. Z. BAILEY GROCERY CO. (8 Div. 210.)   (Supreme Court of Alabama. Oct. 12, 1922.)   Certiorari to Court of Appeals.   E. W. Godbey, of Decatur, for petitioner.   G. O. Chenault and E. C. Nix, both of Albany, opposed.

McCLELLAN, J.   Petition of A. Z. Bailey Grocery Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of A. Z. Bailey Grocery Co. v. Commercial Savings Bank & Trust Co. et al., 17 Ala. App. 173, 83 South. 11.   Writ denied.

---

[1] 206 Ala. 447.          [2] 207 Ala. 685.